954

No. 04–8453. CYARS v. HOFBAUER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–8487. WILLOUGHBY v. CASON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–8491. CARROLL v. GIURBINO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–8515. CHRISTOPHER v. ESTEP, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–8549. ROLLINS v. SMITH ET AL. C. A. 8th Cir. Certiorari denied.

No. 04–8556. ARTIGLIO v. MARSHALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–8590. HELM v. ORTIZ, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–8598. RAY v. LEWIS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–8617. WALKER v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–8654. MATTHEWS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–8704. JIMENEZ v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 04–8735. FARRAR v. BELLEQUE, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 04–8770. WILLIAMS v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 04–8792. NYHUIS v. DEWALT, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 04–8793. SMITH v. UNITED STATES. C. A. 6th Cir. Certiorari denied.